UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS MANNION, | Case No. 25-11344 |
|     Plaintiff, | Hon. F. Kay Behm |
| v. | United States District Judge |
| HENRY ELECTRIC, LLC and KEVIN KUZA, | |
|     Defendant. | |
| _____ / | |

## **JUDGMENT**

It is **ORDERED** that, in accordance with the Order granting default judgment filed on this same day, judgment is entered in favor of Plaintiff and against Defendant Henry Electric in the amount of $9,179.62 in compensatory damages (including prefiling and pre-judgment interest), and $5,564 in attorney fees. Post-judgment interest will accrue as permitted by law. *See* 28 U.S.C. § 1961. All claims against Kevin Kuza are **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED**.

Date: January 29, 2026                            s/F. Kay Behm
                                                     F. Kay Behm
                                                     United States District Judge